**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **TBB INTERNATIONAL BANK CORP.**<br>Plaintiff<br><br>v.<br><br>**JOSE ANTONIO OLIVEROS-FEBRES-CORDERO, et al.**<br>Defendants | Case No. 23-cv-1310-ADC |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Gorlio Enterprises Ltd. and Don Goyo Corporation Aviation, both private non-governmental parties, certifies that these parties have no corporate parents, affiliates, and/or subsidiaries, which are publicly held.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all appearing parties or their attorneys by way of their designated email addresses on this 8th day of September, 2023.

**RESPECTFULLY SUBMITTED** on this 8th day of September, 2023.

> **Manuel Alejandro Law Firm, LLC**
> 8350 NW 52nd Ter, Suite 301
> Doral, FL 33166
> Tel: (786) 554-3145
>
> *s/ Manuel Alejandro Franco-Domínguez*
> Manuel Alejandro Franco-Domínguez
> USDC-PR No. 302406
> Manuel@AlejandroLaw.net