IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TBB International Bank Corp.,<br><br>Plaintiff,<br><br>v.<br><br>José Antonio Oliveros Febres Cordero; Alejandro J. Valencia Hurtado; Holding Activo Ltd.; Alexandra Oliveros Febres Cordero; María Eugenia Febres Cordero Zamora; José Antonio Oliveros Mora; Gorlio Enterprises Ltd.; El Retiro Group Ltd.; AIB Properties Limited Ltd.; Don Goyo Corporation Aviation; Inversiones Saitam, S.A.; Consultora Baru 2018, C.A.; Gustavo José Gerardo Corredor Salcedo; Alejandro Enrique Montenegro Díaz; Inversiones Elektrogorsk, C.A.; Intelinvest Casa de Valores, S.A.,<br><br>Defendants. | Civil Case No. 23-CV-01310 (ADC) |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS
HOLDING ACTIVO LTD., EL RETIRO GROUP LTD., AND
AIB PROPERTIES LIMITED LTD.
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)</u>**

TO THE HONORABLE COURT:

Plaintiff TBB International Bank Corp. ("TBB") hereby requests that the Clerk of Court enter default against Defendants Holding Activo Ltd., El Retiro Group Ltd., and AIB Properties Limited Ltd. and, in support thereof, state as follows:

1. On June 12, 2023, TBB filed the Complaint in this action, naming Holding Activo Ltd., El Retiro Group Ltd., and AIB Properties Limited Ltd., among others, as defendants. *See* Docket No. 1.

2. On September 22, 2023, Defendant El Retiro Group Ltd. served with the Summons and Complaint pursuant to Article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. (*See* Affidavit of Service, Docket No. 45, Exhibit 1.) Service was properly made under Fed. R. Civ. P. 4(h)(2) and 4(f)(1).

3. Considering the service date of September 22, 2023, Federal Rule of Civil Procedure 12(a) required Defendant El Retiro Group Ltd. to file its answer or otherwise plead no later than October 13, 2023.

4. On October 3, 2023, Defendants Holding Activo Ltd. and AIB Properties Limited Ltd. were served with the Summons and Complaint, respectively, pursuant to Article 5 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. (*See* Affidavits of Service, Docket No. 45, Exhibits 2-3.) Service was properly made under Fed. R. Civ. P. 4(h)(2) and 4(f)(1).

5. Given the service date of October 3, 2023, Federal Rule of Civil Procedure 12(a) required Defendants Holding Activo Ltd. and AIB Properties Limited Ltd. to file their answer or otherwise plead no later than October 24, 2023.

6. To date, Defendants Holding Activo Ltd., El Retiro Group Ltd., and AIB Properties Limited Ltd. have not appeared, filed an answer, or defended the action.

7. Pursuant to Fed. R. Civ. P. 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default. Therefore, the Clerk may enter default against Defendants Holding Activo Ltd., El Retiro Group Ltd., and AIB Properties Limited Ltd. under Fed. R. Civ. P. 55(a).

WHEREFORE, TBB requests that the Clerk of Court enter default against Defendants Holding Activo Ltd., El Retiro Group Ltd., and AIB Properties Limited Ltd. for want of an answer or other defense. TBB will seek entry of a default judgment under Fed. R. Civ. P. 55(b) upon entry of the Clerk's notion of default.

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that, on this same date, a copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 30th day of January 2024.



**DLA Piper (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, PR 00901-1969
Tel. 787-945-9132
Fax 939-697-6102

*/s/ José Sosa Lloréns*
José Sosa Lloréns
USDC-PR No. 208602
jose.sosa@us.dlapiper.com

*/s/ Yahaira De la Rosa Algarín*
Yahaira De la Rosa Algarín
USDC-PR No. 306601
yahaira.delarosa@us.dlapiper.com