IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TBB INTERNATIONAL BANK CORP.**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOSE ANTONIO OLIVEROS FEBRES-CORDERO,** et al.<br><br>**Defendants.** | **CASE NUMBER:  23-cv-1310 (ADC)** |

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate the possible disqualification or recusal, the undersigned counsel for Activo Holding Ltd., a private non-governmental party, certifies that it has no corporate parent, affiliates, and/or subsidiaries which are publicly held.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on this 19th day of June 2024.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all appearing parties or their attorneys by way of their designated email addresses on this 20th day of June 2024.

DMR Law LLC
Capital Center Building
Suite 1101
239 Arterial Hostos
Hato Rey, PR 00918
Tel. 787-331-9970

*s/ Maria A. Dominguez-Victoriano*
Maria A. Dominguez-Victoriano
USDC-No. 210908
m.dominguez@dmrpr.com