IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TBB INTERNATIONAL BANK CORP.**<br>Plaintiff<br><br>v.<br><br>**JOSE ANTONIO OLIVEROS-FEBRES-CORDERO, et al.**<br>Defendants | Case No. 23-cv-1310-ADC |

**MOTION FOR JOINDER WITH CODEFENDANTS' OPPOSITION (DOCKET NO. 83) TO PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM OPINION AND ORDER (DOCKET NO. 79)**

**COME NOW** the defendants El Retiro Group Ltd., AIB Properties Limited Ltd., María Eugenia Febres Cordero Zamora, José Antonio Oliveros Mora, Alexandra Oliveros-Febres-Cordero, Gorlio Enterprises Ltd., and Don Goyo Corporation Aviation by and through the undersigned counsel. The plaintiff TBB International Bank Corp. filed a motion for partial relief from opinion and order. Docket No. 79. Thereafter, codefendants Alejandro J. Valencia Hurtado and Gustavo José Gerardo Corredor Salcedo filed an opposition to said motion. Docket No. 83.

We hereby respectfully ask the Honorable Court to allow the appearing parties to join said opposition. This request is made in an effort to help preserve judicial resources and limit litigation expenses for all parties involved. The arguments made in the opposition apply equally as well—if not better—to the appearing parties.

**WHEREFORE**, we respectfully request that the Honorable Court grant this motion and allow the appearing parties to adopt the arguments contained in the opposition at Docket Number 83 and deny the plaintiff's motion for partial relief from opinion and order.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all appearing parties or their attorneys by way of their designated email addresses on this 22nd day of October, 2024.

**RESPECTFULLY SUBMITTED** on this 22nd day of October, 2024.

          **Manuel Alejandro Law Firm, LLC**
          8350 NW 52nd Ter, Suite 301
          Doral, FL 33166
          Tel: (786) 554-3145

          *s/ Manuel Alejandro Franco-Domínguez*
          Manuel Alejandro Franco-Domínguez
          USDC-PR No. 302406
          Manuel@AlejandroLaw.net